UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21094-CIV-LENARD

**STEPHENIE STONE,**
**individually and on behalf of**
**all others similarly situated,**

    Plaintiff,

v.

**LAKEVIEW LOAN SERVICING LLC,**

    Defendant.

_____/

## ORDER OF TRANSFER

**THIS CAUSE** is before the Court on a <u>sua sponte</u> review of the record. Pursuant to Internal Operating Procedure 2.15.00, and subject to the consent of the Honorable Darrin P. Gayles, it is:

**ORDERED AND ADJUDGED** that the above-captioned case is transferred to the Calendar of the Honorable Darrin P. Gayles for further proceedings. It is:

**FURTHER ORDERED** that all pleadings hereinafter filed in Case No. 22-21094-CIV-LENARD shall instead bear Case No. 22-21094-CIV-GAYLES, thereby indicating the judge to whom all pleadings should be routed or brought for attention.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of May, 2022.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

**THE FOREGOING** transfer is consented to this 28th day of April, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE